UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.,     Civil Action No. 11 CIV 6874

                   Plaintiff(s),

-against-

SIXTH AVENUE ELECTRONICS
CITY, INC. d/b/a SIXTH AVENUE
ELECTRONICS,     **AFFIDAVIT OF SERVICE**

                   Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                          s.s :
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 3rd day of October, 2011, at approximately 10:00 a.m., deponent served a true copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet together with Rule 7.1 Statement and Magistrate Judge Pittman"s Rules** upon Sxith Avenue Electronics City, Inc. d/b/a Sixth Avenue Electronics (Attention: Murat Temiz) at 22 Route 22 West, Springfield, New Jersey 07081 by personally delivering and leaving the same with Carlos Ferrerra, Store Manager, who is authorized by appointment to accept service.

      Carlos Ferrerra is an olive-skinned Hispanic male, approximately 50 years of age, is approximately 5 feet and 7-10 inches tall, weighs approximately 240 pounds, with short brown hair and dark eyes.

Sworn to before me this
6th day of October, 2011

JOSEPH SANCHEZ #1155200

NOTARY PUBLIC STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014