**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC. | Civil Action No. 1:11-cv-06874-JPO |
| Plaintiff, | |
| vs. | |
| SIXTH AVENUE ELECTRONICS CITY, INC. d/b/a SIXTH AVENUE ELECTRONICS, | **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT** |
| Defendant. | |

Upon the affidavit of Daniel C. Mazanec, Esq., sworn to the 25th Day of October, 2011, and the exhibits thereto, the Affidavit of Jeff Stavro, sworn to the 24th Day of October, 2011, and the exhibits thereto; upon the complaint, the affidavit of service of the summons and complaint, and the Certificate of the Clerk, respectively, it is

ORDERED, that defendant Sixth Avenue Electronics City, Inc., d/b/a Sixth Avenue Electronics ("Sixth Avenue") show cause before a motion term of this Court, at Room 15D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on November 4, 2011 at 10:00 AM thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure entering a default judgment in the liquidated amount of $1,208,015.78 against defendant Sixth Avenue and in favor of plaintiff Toshiba America Information Systems, Inc.; and it is further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/11

ORDERED that personal service of a copy of this order and annexed affidavit and exhibits upon the defendant or his counsel on or before **5 PM**, on **October 28, 2011**, be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: 10/25/11

_____
United States District Judge