UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.

Plaintiff,

vs.

SIXTH AVENUE ELECTRONICS CITY,
INC. d/b/a SIXTH AVENUE
ELECTRONICS,

    Defendant.

_____/

Civil Action No. 1:11-cv-06874-JPO

**CLERK'S CERTIFICATE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/11
```

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 30, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving Carlos Ferrerra, the store manager authorized by appointment to accept service on behalf of the defendant, and proof of such service thereof was filed on October 11, 2011.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
      October 25, 2011

                                            **RUBY J. KRAJICK**
                                            Clerk of Court

                                            By: _____
                                                  Deputy Clerk