United States District Court
Southern District of New York

Toshiba America Information Systems, Inc.,

                              Plaintiff(s)

       -against-

Sixth Avenue Electronics City, Inc.
d/b/a Sixth Avenue Electronics,

                          Defendant(s)

AFFIDAVIT OF SERVICE
Civil Action No. 1:11-cv-06874-JPO

State of New York )
                ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 26, 2011 at approximately 4:10 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Order to Show Cause for Default Judgment; Affidavit of Daniel C. Mazanec, Esq. with Exhibits; Affidavit of Jeff Stavro with Exhibits; Affidavit of Service of the Summons and Complaint and the Certificate of the Clerk, that the party served was Sixth Avenue Electronics City, Inc., a domestic business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                      _____
                                                          Mary M. Bonville

Sworn to before me this 27th day of October, 2011

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014